IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VICTOR WAYNE BOGAN,**                                                                          **PLAINTIFF**
**ADC #085355**

**v.**                               **CASE NO. 5:15CV00139 BSM**

**ARKANSAS DEPARTMENT OF CORRECTION, et al.**               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 1st day of July 2015.

_____
UNITED STATES DISTRICT JUDGE